UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONOVAN NEWTON | CIVIL ACTION NO. 21-cv-389 |
| VERSUS | JUDGE FOOTE |
| CARTER CREDIT UNION | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Remand (Doc. 4) is granted and that this case is remanded to the Shreveport City Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __22nd__ day of __April__, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE